Michael J. Nuñez, Esq.
Nevada Bar No. 10703
  mnunez@murchisonlaw.com
Tyler N. Ure, Esq.
Nevada Bar No. 11730
  ture@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant,
Atlantic Casualty Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. PERCHETTI d/b/a PERCHETTI ROOFING & CONSTRUCTION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ATLANTIC CASUALTY INSURANCE COMPANY; DOES I-XXX; and ABD CORPORATIONS A-Z; inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-01656-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by Defendant ATLANTIC CASUALTY INSURANCE COMPANY, by and through its attorneys of record, Murchison & Cumming, LLP and Plaintiff ANTHONY J. PERCHETTI d/b/a PERCHETTI ROOFING & CONSTRUCTION, by and through its attorney of record, the law offices of Leverty & Associates Law CHTD., that any and all claims among and between Defendant ATLANTIC CASUALTY INSURANCE COMPANY and Plaintiff ANTHONY J. PERCHETTI d/b/a

1  PERCHETTI ROOFING & CONSTRUCTION be dismissed with prejudice, each party to
2  bear their own fees and costs incurred herein.
3      This Stipulation is entered into in good faith, in the interest of judicial economy, and
4  not for the purposes of delay.
5      STIPULATED AND AGREED TO this 14th day of February, 2022.

**MURCHISON & CUMMING, LLP**

By:   */s/ Tyler N. Ure*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Tyler N. Ure, Esq.
Nevada Bar No. 11730
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant

STIPULATED AND AGREED TO this 14th day of February, 2022.

**LEVERTY & ASSOCIATES LAW CHTD.**

By:   */s/ Patrick R. Leverty*
Patrick R. Leverty, Esq.
Nevada Bar No. 8840
Vernon E. Leverty, Esq.
Nevada Bar No. 1266
William R. Ginn, Esq.
Nevada Bar No. 6989
832 Willow Street
Reno, NV 89502
Attorneys for Plaintiff

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

## **ORDER**

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims between Defendant ATLANTIC CASUALTY INSURANCE COMPANY and Plaintiff ANTHONY J. PERCHETTI d/b/a PERCHETTI ROOFING & CONSTRUCTION are dismissed with prejudice, each party to bear their own fees and costs incurred herein.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 15th day of February, 2022.

Respectfully submitted by:

*/s/ Tyler N. Ure*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Tyler N. Ure, Esq.
Nevada Bar No. 11730
MURCHISON & CUMMING, LLP
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant

# Nicole Garcia

| | |
|---|---|
| **From:** | Patrick Leverty <Pat@levertylaw.com> |
| **Sent:** | Monday, February 14, 2022 1:50 PM |
| **To:** | Nicole Garcia |
| **Cc:** | Tyler N. Ure |
| **Subject:** | RE: Perchetti v. Atlantic Casualty Ins. Co. |

**[EXTERNAL EMAIL]**

We receive the check.  You can add my e-signature to the SAO for dismissal.

Thanks,

Pat



[levertylaw.com](levertylaw.com)



**Patrick Leverty**
Attorney

**Office Phone:** (775) 322-6636
**Direct Phone & Text:** (775) 413-2560
**Office Fax:** (775) 322-3953
**Address:** 832 Willow St. Reno, NV 89502
**Licensed:** NV, CA & WA

**From:** Nicole Garcia <ngarcia@murchisonlaw.com>
**Sent:** Wednesday, February 9, 2022 10:14 AM
**To:** Patrick Leverty <Pat@levertylaw.com>
**Cc:** Tyler N. Ure <ture@murchisonlaw.com>
**Subject:** RE: Perchetti v. Atlantic Casualty Ins. Co.

Dear Mr. Leverty,

Our office received the settlement check in this matter, and I will send to you.  Is the 832 Willow St. Reno, NV 89502 address the best to use if I send via FedEx?

Attached is a the proposed Stip & Order for Dismissal for your review/signature.

Thank you,

Nicole